HOBART S. BIRD, Appellant, *v.* REGIS H. POST and Others, Respondents, Impleaded with WILLIAM H. HUNT and Others.

*Pleading — improper joinder of separate causes of action for conspiracy, malicious prosecution, libel, etc.*

Appeal by the plaintiff from an interlocutory judgment of the Supreme Court, entered in the office of the clerk of the county of Kings on the 14th day of March, 1907.

Interlocutory judgment affirmed on the opinion of Mr. Justice Kelly at Special Term, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The following is the opinion delivered at Special Term:

KELLY, J.: Whatever may be my own views as to the sufficiency of the complaint, the demurrers must be sustained on the authority of *Green* v. *Davies* (182 N. Y. 499). Under that decision the alleged conspiracy creates no cause of action and the overt acts pleaded as the result of the conspiracy constitute separate torts which cannot be united in one complaint. Demurrers sustained, with costs.

---

William S. Barnes and Others, Respondents, v. Long Island Railroad Company, Appellant.— Motion granted. Present— Woodward, Jenks, Hooker, Gaynor and Rich, JJ. Settle order before Mr. Justice Gaynor.

Armour Packing Company, Respondent, v. Edison Electric Illuminating Company of Brooklyn, Appellant.— Order affirmed, with ten dollars costs and dis-